**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION**

| | | |
|---|---|---|
| **CLAUDE JORDAN,** | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | |
| **v.** | : | **Case No. 5:25-cv-488-CAR-CHW** |
| | : | |
| | : | |
| **SHERIFF MOTTEN,** *et al.,* | : | |
| | : | |
| **Defendants.** | : | |
| _____ | : | |

**ORDER ON RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE**

Currently before the Court is the United States Magistrate Judge's Recommendation [Doc. 7] to dismiss without prejudice *pro se* Plaintiff Claude Jordan's claims against Defendant Kendal regarding his hernia, or the pain associated with it, and his claims against Defendants Bostick, "O," Sandiego, Morton, Sammons, Childers, Smith, Talton, and Motten; and to deny Plaintiff's motion for a protective order or temporary restraining order [Doc. 4]. Plaintiff has not filed an objection to the Recommendation, and the time in which to do so has expired. Having considered the Recommendation, the Court agrees with the findings and conclusions of the United States Magistrate Judge. Accordingly, the Recommendation [Doc. 7] is hereby **ADOPTED** and **MADE THE ORDER OF THE COURT**. For the reasons stated by the United States Magistrate Judge, Plaintiff's claims against Defendants Bostick, "O," Sandiego, Morton,

1

Sammons, Childers, Smith, Talton, and Motten, and Plaintiff's claims against Defendant

Kendal regarding his hernia, or the pain associated with it, are **DISMISSED without**

**prejudice**. Plaintiff's claims in his original Complaint against Defendant Kendal

regarding his food allergies remain pending. Plaintiff's motion for a protective order or

temporary restraining order is **DENIED** [Doc. 4].

      **SO ORDERED,** this 9th day of June, 2026.

s/ C. Ashley Royal_____
C. ASHLEY ROYAL, SENIOR JUDGE
UNITED STATES DISTRICT COURT
